UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**QUINTIN-DEMON JONES, ESTATE OF LUTHER V. LISTER,**
   Plaintiff.

v.                                        No. 4:22-cv-0490-P

**BRANCH M. SHEPPARD,**
   Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Jeffrey L. Cureton made Findings, Conclusions, and a Recommendation ("FCR") in this case on July 7, 2022. ECF No. 12. No objections were filed, and the Magistrate Judge's FCR is ripe for review. The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct.

Therefore, the Court **ACCEPTS** the Magistrate Judge's Findings and Conclusions as its own. Accordingly, Plaintiff's claims against Defendant in the instant case are hereby **DISMISSED without prejudice** for lack of jurisdiction and all pending motions (ECF Nos. 3, 8) are hereby **DENIED**.

**SO ORDERED** on this **4th day of August, 2022**.

_____
Mark T. Pittman
United States District Judge